IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OMAR MUHAMMED, | : | PRISONER HABEAS CORPUS |
| Reg. No. 18534-008, | : | 28 U.S.C. § 2241 |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DARLENE DREW, Warden, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:14-CV-2154-WSD-GGB |

## FINAL REPORT AND RECOMMENDATION

Petitioner, Omar Muhammed, confined in the United States Penitentiary in Atlanta, Georgia, submitted a petition for a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. 1]. On July 14, 2014, I ordered Petitioner to submit, within thirty (30) days, either the $5.00 filing fee for this case or a completed application for leave to proceed *in forma pauperis*. [Doc. 2]. I advised Petitioner that failure to comply with my Order could result in the dismissal of this case.

As of September 9, 2014, the docket sheet for this case indicates that Petitioner has neither paid the $5.00 filing fee nor submitted a completed application for leave to proceed *in forma pauperis*. Petitioner has not otherwise responded. Accordingly, I **RECOMMEND** that this action be **DISMISSED**

**WITHOUT PREJUDICE** for Petitioner's failure to comply with a lawful order of the Court.  *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), ND Ga.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED**, this 9th day of September, 2014.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE